IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEACON CONSTRUCTION MANAGEMENT, INC.<br>3949 Pender Drive, Suite 105<br>Fairfax, Virginia 22030,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS<br>2025 E Street, N.W.<br>Washington, D.C. 20006,<br><br>Serve: Mary S. Elcano, Esq.<br>       General Counsel and Corp. Secretary<br>       American National Red Cross<br>        Office of the General Counsel<br>       2025 E Street, N.W.<br>       Washington, D.C. 20006,<br><br>    Defendant. | Case No. _____ |

**COMPLAINT**

COMES NOW the Plaintiff, Beacon Construction Management, Inc., by and through its undersigned counsel, for its Complaint against the American National Red Cross and avers as follows:

**Jurisdiction**

1. Beacon Construction Management, Inc. ("Beacon") is a general contractor with its principal place of business located in Fairfax, Virginia.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

2. The American National Red Cross ("Red Cross") is a body corporate and politic located in and operating under the laws of the District of Columbia and may be sued in any state or federal court in the United States pursuant to Title 36, U.S.C.A. §§ 300101, *et seq*.

3. Jurisdiction is based upon 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds the jurisdictional minimum, exclusive of interest and costs.

## COUNT I
**[Breach of Contract - Jefferson Plaza Garage Waterproofing Project]**

4. Plaintiff incorporates the allegations of Paragraphs 1 through 3 of this Complaint as if fully restated herein as Paragraph 4.

5. Red Cross solicited bids for the work associated with the renovation of the existing elevated parking deck, which included removal and replacement of the existing surface material and waterproofing materials and associated work with planters, sidewalks, curbs, gutters and lighting.

6. Beacon entered into a construction agreement with the Red Cross dated April 5, 2005 for the lump sum amount of One Million Five Hundred Seventy-Seven Thousand Six Hundred Forty Dollars ($1,577,640.00).

7. The work started on March 15, 2005 and was scheduled to be substantially completed on or before November 9, 2005, with final completion expected on or before December 9, 2005.

8. At Red Cross' request and direction, Beacon performed work outside the scope of the original contract requirements, for which Red Cross agreed to compensate it in the approved amount of Five Hundred Thirty-Eight Thousand Eight Hundred Forty-Five Dollars ($538,845.00).

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

9. To date, Red Cross has paid Beacon One Million Seven Hundred Fifty-Five Thousand Two Hundred Five Dollars ($1,755,205.00).

10. There is an undisputed balance of Three Hundred Sixty-One Thousand Two Hundred Eighty Dollars ($361,280.00) due and owing to Beacon.

11. Despite demand, Red Cross has failed and refused to pay this amount to Beacon.

12. All conditions precedent to the filing of the instant action have been satisfied.

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in the amount of Three Hundred Sixty-One Thousand Two Hundred Eighty Dollars ($361,280.00) plus interest, costs and attorney fees.

## COUNT II
### [Extra Work - Jefferson Plaza Garage Waterproofing Project]

13. Plaintiff incorporates the allegations of Paragraphs 1 through 12 of this Complaint as if fully restated herein as Paragraph 13.

14. At the request and direction of Red Cross, Beacon performed work outside the scope of its Contract that entitled it to an equitable adjustment.

15. Beacon submitted cost proposals to Red Cross in the amount of One Hundred Eighty-Four Thousand Nine Hundred Sixty-Five Dollars ($184,965.00) and Red Cross wrongfully deducted Nineteen Thousand Three Hundred Fifty Dollars ($19,350.00) from Beacon's contract balance, claiming that purchases made by Beacon should have been exempt from tax.

16. Red Cross has failed and refused to make payment on any of the claims submitted.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

17. This amount represents the value of the additional work and services provided to and for the benefit of the Project.

18. Red Cross has failed and refused to pay Beacon, despite demand.

19. All conditions precedent to the filing of the instant action have been satisfied.

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in the amount of Two Hundred Four Thousand Three Hundred Fifteen Dollars ($204,315.00) plus interest, costs and attorney fees.

## COUNT III
### [Delay - Jefferson Plaza Garage Waterproofing Project]

20. Plaintiff incorporates the allegations of Paragraphs 1 through 19 of this Complaint as if fully restated herein as Paragraph 20.

21. The original contract performance period for Beacon's scope of work was to be completed on or before December 9, 2005.

22. Through no fault or negligence of its own, Beacon could not complete its work due to the delayed actions by the Red Cross, design defects, changes, and differing site conditions which impacted the efficiency of Beacon's labor productivity and delayed overall completion of the work.

23. Beacon submitted its cost proposals to Red Cross in the amount of Two Hundred Fifteen Thousand Eighty-Seven Dollars ($215,087.00) for the additional costs of performance over the extended duration of work.

24. Red Cross has failed and refused to make payment on any of the claims submitted.

25. All conditions to the filing of the instant action have been satisfied.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in the amount of Two Hundred Fifteen Thousand Eighty-Seven Dollars ($215,087.00) plus interest, costs and attorney fees.

## COUNT IV
### [Bad Faith]

26. Plaintiff incorporates the allegations of Paragraphs 1 through 25 of this Complaint as if fully restated herein as Paragraph 26.

27. The Red Cross has no good faith basis to withhold the Contract balance due and owing except for placing Beacon in a financially difficult position in order to force Beacon to accept a settlement offer far below the true value of its claims.

28. Beacon has been required to borrow funds to keep its business operational.

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in such amount as the Court deems fair and reasonable for the interest costs incurred and for such other relief, including consequential and/or punitive damages, as the Court deems appropriate.

## COUNT V
### [Breach of Contract - Lorton Records Center Project]

29. Plaintiff incorporates the allegations of Paragraphs 1 through 3 of this Complaint as if fully restated herein as Paragraph 29.

30. Red Cross solicited bids for the work located at the Lorton Records to renovate an existing warehouse for the storage of records.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

31. Beacon entered into a construction agreement with the Red Cross dated September 28, 2005 for the lump sum amount of Five Hundred Ninety-Three Thousand One Hundred Fifty-Two Dollars ($593,152.00).

32. The work started on September 22, 2005 and was scheduled to be completed on or before December 4, 2005.

33. At Red Cross' request and direction, Beacon performed work outside the scope of its original contract requirements, for which Red Cross agreed to compensate Beacon in the approved amount of Eighty-Two Thousand Nine Hundred Fifty-Six Dollars ($82,956.00).

34. To date, Red Cross has paid Beacon Six Hundred Thirty-Three Thousand Eight Hundred Fifty Dollars ($633,850.00).

35. There is an undisputed balance of Forty-Two Thousand Five Hundred Fifty-Three Dollars ($42,553.00) due and owing to Beacon.

36. Red Cross has failed and refused to make payment despite demand.

37. All conditions precedent to the filing of the instant action have been satisfied.

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in the amount of Forty-Two Thousand Five Hundred Fifty-Three Dollars ($42,553.00) plus interest, costs and attorney fees.

## COUNT VI
### [Delay - Lorton Records Project]

38. Plaintiff incorporates the allegations of Paragraphs 1 through 3 and 29 through 37 of this Complaint as if fully restated herein as Paragraph 38.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

39. The original contract performance period for Beacon's scope of work was to be completed on or before December 4, 2005.

40. Through no fault or negligence of its own, Beacon could not complete its work due to the delayed actions by the Red Cross, design defects, changes, and differing site conditions which impacted the efficiency of Beacon's labor productivity and delayed overall completion of the work.

41. Beacon submitted its cost proposals to Red Cross in the amount of One Hundred Thousand Seven Hundred Fifteen Dollars ($100,715.00) for the additional costs of performance over the extended duration of the work

42. Red Cross has failed and refused to make payment on any of the claims submitted.

43. All conditions precedent to the filing of the instant action have been satisfied.

WHEREFORE, Beacon Construction Management, Inc. requests judgment against American National Red Cross in the amount of One Hundred Thousand Seven Hundred Fifteen Dollars ($100,715.00) plus interest, costs and attorney fees.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., FBN 04257
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Beacon Construction Management*

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Beacon Construction Mgt., Inc.

**DEFENDANTS**
American Nat'l. Red Cross

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
301-
p8
2400
Leonard Sacks    #303
One Church Street
Rockville, MD. 20850

AT
CASE NUMBER  1:06CV01711
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Contract
DATE STAMP: 10/03/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1332

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 10.3.06    SIGNATURE OF ATTORNEY OF RECORD /pcd/

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd