CO-386-online

**FILED**

OCT - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Beacon Construction Management, Inc., | ) | |
| Plaintiff | ) Civil Action | CASE NUMBER 1:06CV01711 |
| vs | ) | JUDGE: Colleen Kollar-Kotelly |
| American National Red Cross, | ) | DECK TYPE: Contract |
| Defendant | ) | DATE STAMP: 10/03/2006 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __the Plaintiff and__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Beacon Construction Management, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

150268
BAR IDENTIFICATION NO.

Leonard A. Sacks, Esq. (lsacks@laspc.net)
Print Name

One Church Street, Suite 303
Address

Rockville,    MD        20850
City         State     Zip Code

(301) 738-2470       Fax (301) 738-3705
Phone Number