AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Beacon Construction Management, Inc.,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

v.

American National Red Cross,

Defendant.

CASE NUMBER   1:06CV01711

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 10/03/2006

TO: (Name and address of Defendant)

American National Red Cross
Office of the General Counsel
2025 E Street, N.W.
Washington, D.C.  20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 303
Rockville, Maryland 20850
lsacks@laspc.net

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT - 3 2006

CLERK                                                   DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/27/06 |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE | PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Suzanne Sylvester, Admin. Asst, OGC

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/27/06
_____         _____
Date                          Signature of Server

1522 K St NW ste 200
_____
Address of Server    Wash, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.