IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEACON CONSTRUCTION MANAGEMENT, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:06-cv-01711 |
| AMERICAN NATIONAL RED CROSS, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.6(a), please enter the appearance of the undersigned, Arnie B. Mason of Watt Tieder, Hoffar and Fitzgerald, LLP as Counsel for American National Red Cross for the limited purpose of this motion and otherwise responding to Plaintiff Beacon Construction Management, Inc.'s complaint in the above-captioned matter.

Dated: December 14, 2006

                                            Respectfully submitted,

                                            American National Red Cross

                                            _____/s/_____
                                            Arnie B. Mason, Esquire
                                            DC Bar #481084
                                            Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                            8405 Greensboro Drive, Suite 100
                                            McLean, Virginia  22102
                                            (703) 749-1000
                                            (703) 893-8029 (Fax)
                                            Attorney for Defendant