## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEACON CONSTRUCTION MANAGEMENT, INC.<br>3949 Pender Drive, Suite 105<br>Fairfax, Virginia 22030,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS<br>2025 E Street. N.W.<br>Washington, D.C. 20006,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01711<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT AMERICAN NATIONAL RED CROSS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF BEACON CONSTRUCTION MANAGEMENT INC.'S COMPLAINT

Pursuant to an agreement between Plaintiff Beacon Construction Management, Inc. ("Plaintiff" or "Beacon"), and Defendant American National Red Cross ("ARC"), Defendant, by counsel, respectfully moves this Court to extend the time for Defendant to file its Answer or otherwise plead to Beacon's Complaint until January 1, 2007. This is a consent motion, based on the referenced agreement between Plaintiff and Defendant.

Defendant seeks the requested extension in order to avoid any unnecessary tax on the Court's resources and any further litigation expenses, while the parties attempt to resolve and settle the instant dispute. Moreover, the requested extension will not prejudice either party, based on the relative brevity of the requested extension, and since no other motions, discovery, hearings or conferences have been filed, served, conducted or scheduled in this matter.

WHEREFORE, Defendant respectfully requests an Order extending the time within which Defendant may answer or otherwise plead to Plaintiff's Complaint until January 1, 2007.

**Dated: December 14, 2006.**

        Respectfully submitted,

        By:_____/s/_____
        Arnie B. Mason (D.C. Bar No. 481084)
        WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
        8405 Greensboro Drive, Suite 100
        McLean, Virginia 22102
        (703) 749-1000 Telephone
        (703) 893-8029 Facsimile

        Counsel for Defendant American Red Cross

        Seen and Consented to

        By:_____/s/_____
        Leonard A. Sacks, Esq., FBN 04257
        Leonard A. Sacks & Associates, P.C.
        One Church Street, Suite 303
        Rockville, Maryland 20850
        (301) 738-2470

        Counsel for Beacon Construction Management, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEACON CONSTRUCTION MANAGEMENT, INC.**<br>3949 Pender Drive, Suite 105<br>Fairfax, Virginia 22030<br><br>    **Plaintiff,**<br><br>v.<br><br>**AMERICAN NATIONAL RED CROSS**<br>2025 E Street. N.W.<br>Washington, D.C. 20006,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01711<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of Defendant American Red Cross' ("Defendant") Consent Motion to Extend Time to Respond to Plaintiff Beacon Construction Management, Inc.'s ("Plaintiff") Complaint, and for good cause, it is hereby **ORDERED** that Defendant's response to Plaintiff's Complaint shall be filed on or before January 1, 2007.

_____
United States District Judge