## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEACON CONSTRUCTION MANAGEMENT, INC. <br> 3949 Pender Drive, Suite 105 <br> Fairfax, Virginia 22030, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN NATIONAL RED CROSS <br> 2025 E Street. N.W. <br> Washington, D.C. 20006, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-cv-01711 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT AMERICAN NATIONAL RED CROSS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF BEACON CONSTRUCTION MANAGEMENT INC.'S COMPLAINT

Pursuant to an agreement between Plaintiff, Beacon Construction Management, Inc. ("Plaintiff" or "Beacon"), and Defendant, American National Red Cross ("ARC"), Defendant, by counsel, respectfully moves this Court to extend the time for Defendant to Answer or otherwise plead to Beacon's Complaint until February 2, 2007. This is a consent motion, based on the referenced agreement between Plaintiff and Defendant.

Defendant seeks the requested extension in order to avoid any unnecessary tax on the Court's resources and any further litigation expenses, while the parties continue to negotiate a settlement of the instant dispute. Moreover, the requested extension will not prejudice either party, based on the relative brevity of the requested extension, and since no other motions, discovery, hearings or conferences have been filed, served, conducted or scheduled in this matter.

WHEREFORE, Defendant respectfully requests an Order extending the time within which Defendant may answer or otherwise plead to Plaintiff's Complaint until February 2, 2007.

**Dated:        January 25, 2007.**

        Respectfully submitted,

By:_____/s/_____
Arnie B. Mason (D.C. Bar No. 481084)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 Telephone
(703) 893-8029 Facsimile

Counsel for Defendant American Red Cross

Seen and Consented to

By:_____/s/_____
Leonard A. Sacks, Esq., FBN 04257
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 303
Rockville, Maryland 20850
(301) 738-2470

Counsel for Beacon Construction Management, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEACON CONSTRUCTION** )<br>**MANAGEMENT, INC.** )<br>**3949 Pender Drive, Suite 105** )<br>**Fairfax, Virginia 22030** )<br>       )<br>       **Plaintiff,** )<br>       )<br>v.       ) **Case No. 1:06-cv-01711**<br>       )<br>**AMERICAN NATIONAL RED CROSS** )<br>**2025 E Street. N.W.** )<br>**Washington, D.C. 20006,** )<br>       )<br>       **Defendant.** )<br>_____) | |

## PROPOSED ORDER

Upon consideration of Defendant American Red Cross' ("Defendant") Consent Motion to Extend Time to Respond to Plaintiff Beacon Construction Management, Inc.'s ("Plaintiff") Complaint, and for good cause, it is hereby **ORDERED** that Defendant's response to Plaintiff's Complaint shall be filed on or before February 2, 2007.

_____
United States District Judge