UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BEACON CONSTRUCTION MANAGEMENT, INC**. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. **06cv1711** |
| | : | Judge Colleen Kollar-Kotelly |
| **AMERICAN NATIONAL RED CROSS** | : | |
| Defendant | : | |

**ORDER**

On February 2, 2007, the Court received notice from counsel that the parties have reached a settlement in principle.

Accordingly, it is this __5th__ day of February, 2007,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of  30  days from the date of this Order [until and including March 7, 2007]. Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

/s/
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge