IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEACON CONSTRUCTION MANAGEMENT, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **THE AMERICAN NATIONAL RED CROSS** ) <br> ) <br> Defendant. ) | Case No. 1:06-cv-01711 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beacon Construction Management, Inc. and Defendant, The American National Red Cross, by their undersigned attorneys, stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and, subject to and in accordance with the full and final settlement of claims, causes of action and disputes reached by the parties, that the captioned action, and all claims, defenses, counterclaims and any other disputes asserted herein, are hereby dismissed, with prejudice. Each party to bear its own costs and attorneys' fees.

**Dated: March 6, 2007**

The foregoing is consented to and agreed:

By:_____/s/_____
Arnie B. Mason (D.C. Bar No. 481084)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 Telephone

Counsel for Defendant American Red Cross

By::_____/s/_____
Leonard A. Sacks, Esq., FBN 04257
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 303
Rockville, MD 20850
(301) 738-2470 Telephone

Counsel for Beacon Construction
    Management, Inc.